NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BRUCE SWINFORD,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTATION,**
*Respondent.*

---

2010-3025

---

Petition for review of the Merit Systems Protection Board in DC1221070032-B-2.

---

**ON MOTION**

---

**ORDER**

Bruce Swinford moves for a 10-day extension of time, until August 6, 2010, to file his reply brief, and for a 10-day extension of time, until August 20, 2010, to file the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG　2 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Jay P. Holland, Esq.
     Jane W. Vanneman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 02 2010

JAN HORBALY
CLERK